# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| VALLIS S., | : Case No. 2:24-cv-00421 |
| Plaintiff, | : Magistrate Judge Caroline H. Gentry |
| | : (by full consent of the parties) |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This case is before the Court on the parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act (EAJA). (Doc. No. 13.) Specifically, the parties stipulate to an award to Plaintiff of attorney fees in the amount of $4,300.00, and $0.00 in costs, in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA in the above case. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff, and not his attorney, and can be offset to satisfy pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). Plaintiff and Defendant move that the Court award Plaintiff EAJA fees of $4,300.00, and $0.00 in costs, for a total award of $4,300.00.

After the Court enters this award, pursuant to the parties' agreement, Defendant will make the check payable to Plaintiff, and delivered to the business address of

Plaintiff's counsel Richard Brian, at Olinsky Law Group, 250 S Clinton St Ste 210, Syracuse NY 13202. Thereafter, the Commissioner will determine whether Plaintiff has any outstanding debt subject to offset from the stipulated award. If Plaintiff has no such outstanding debt, the Commissioner will honor any EAJA assignment that Plaintiff may provide and make the check payable to Plaintiff's counsel.

**IT IS THEREFORE ORDERED THAT:**

1. The Parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act (Doc. No. 13) is accepted and Defendant shall pay Plaintiff's attorney fees of $4,300.00, and costs of $0.00, for a total award of $4,300.00;

2. Defendant shall make the award check payable to Plaintiff and deliver to Plaintiff's counsel. Counsel for the parties shall thereafter verify, **within thirty days of this Decision and Entry,** whether Plaintiff owes a pre-existing debt to the United States subject to offset.  If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to any EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge